| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) CR 14-55-SPW-BLG-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:24-cr-00179-GMN-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Montana | DIVISION Billings |
|---|---|---|
| Jeffrey Mark Scales | NAME OF SENTENCING JUDGE Susan P. Watters, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/17/2021 — TO 11/16/2026 |

OFFENSE
21:841(a)(1): Possession with Intent to Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant is currently being supervised out of the D/NV and will not be returning to the D/MT.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-6-2024
Date

*signature*
Susan P. Watters
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2024
Effective Date

*signature*
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jeffrey Mark Scales

Case No.: To be assigned

**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

August 9, 2024

TO: United States District Judge

By way of case history, on January 30, 2015, Jeffrey Scales was sentenced by the Honorable Susan P. Watters, United States District Judge for the District of Montana, to 96 months custody followed by five (5) years of supervised release, for the offense of Possession with Intent to Distribute Methamphetamine. Mr. Scales was released from custody on March 23, 2021. Mr. Scales was then transferred to state custody. Mr. Scales commenced supervision on November 11, 2021, in the District of Nevada.

Mr. Scales has significant ties to our community and intends to remain in our district for the duration of supervised release. To address any matters that may require Court intervention in an efficient manner, it is respectfully requested the Court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Susan P. Watters agreeing to relinquish jurisdiction of this case.

Should the Court have any question or concerns, please contact the undersigned officer at (702) 283-6919.

Respectfully submitted,

*Digitally signed by Elijah Ray*
*Date: 2024.08.09 12:26:04 -07'00'*

Elijah J Ray
United States Probation Officer

Approved:

*Digitally signed by Joy Gabonia*
*Date: 2024.08.09 11:05:18 -07'00'*

Joy Gabonia
Supervisory United States Probation Officer