RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Jeffrey Mark Scales

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JEFFREY MARK SCALES,<br><br>              Defendant. | Case No. 2:24-cr-00179-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and David C. Keibler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Jeffrey Mark Scales, that the Revocation Hearing currently scheduled on June 24, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs time to meet with the defendant, review the petition, and prepare mitigation in support of the instant case.

2.      Mr. Scales began intensive outpatient treatment with the West Care facility on June 12, 2025.  Mr. Scales will be attending classes on Tuesdays, Wednesdays, and Thursdays

between 9:00 a.m. and 12:00 p.m. We anticipate the program lasting for sixteen (16) classes or five (5) weeks.

3. Counsel for the defense requests the Court allow Mr. Scales sufficient time to successfully complete the program. Mr. Scales has been successful in the past with drug treatment. West Care will be extremely beneficial towards Mr. Scales future success on supervised release.

4. The defendant is out of custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of June, 2025.

| RENE L. VALLADARES | SIGAL CHATTAH |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| By /s/ LaRonda Martin | By /s/ David C. Kiebler |
| LARONDA MARTIN | DAVID C. KIEBLER |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY MARK SCALES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00179-GMN-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 24, 2025 at 10:00 a.m., be vacated and continued to __August 20, 2025__ at the hour of 11:00 a.m.

　　　DATED this _16_ day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE