RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha Brooks-Whittington@fd.org

Attorney for Jeffrey Mark Scales

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00179-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JEFFREY MARK SCALES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Tony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jeffrey Mark Scales, that the Revocation Hearing currently scheduled on August 20, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Scales recently completed intensive outpatient treatment. He will likely be referred to the next phase which is outpatient treatment. Outpatient treatment includes attending classes once a week for several weeks.

2. Counsel for the defense requests a continuance to allow Mr. Scales sufficient time to successfully complete treatment. Should Mr. Scales successfully complete the recommended treatment and remain compliant with his conditions of supervision, the parties anticipate moving to dismiss the petition without prejudice.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 18th day of August, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Tony Lopez*<br>TONY LOPEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY MARK SCALES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00179-GMN-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 20, 2025 at 11:00 a.m., be vacated and continued to October 28, 2025 at the hour of 11:00 a.m.

　　　DATED this 18 day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE